UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE JOHNSON,

    Plaintiff,                 No. C 09-5547 PJH

    v.                       **ORDER RE BANKRUPTCY STAY**

EXCLUSIVE MORTGAGE SERVICES,

    Defendant.
_____/

It appearing from the Notice of Bankruptcy and Automatic Stay filed by New Century Liquidating Trust, that defendant New Century Mortgage has filed a petition in bankruptcy, the court finds that an automatic stay is in effect as to defendant New Century Mortgage.

**IT IS SO ORDERED.**

Dated: January 4, 2010

                                               _____
                                               PHYLLIS J. HAMILTON
                                               United States District Judge