UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE JOHNSON

       Plaintiff(s),                    No. C 09-5547 PJH

     v.                                  **ORDER TO SHOW CAUSE**

EXCLUSIVE MORTGAGE SERVICES, et al.,

       Defendant(s).

_____/

    Plaintiff in the above-entitled matter having 1) failed to appear at the case management conference on March 4, 2010, and having failed to file a case management conference statement in compliance with the court's orders, and

    2) having failed to pay the filing fee as ordered,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    Additionally, the court notes that plaintiff has not filed a proof of service on any defendant. Pursuant to Fed. R. Civ. P. 4(m), the deadline for service is March 10, 2010. Although defendant Rogelio Gonzalez did appear at the conference, it is not clear that he was properly served.

    The hearing on the order to show cause will be held on March 18, 2010 at 2:00 p.m., Oakland Courthouse, 1301 Broadway, Oakland, CA. If plaintiff fails to appear, the case will be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: March 4, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge