# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE JOHNSON,

        Plaintiff,

  v.

EXCLUSIVE MORTGAGE SERVICES et al,

        Defendant.

_____/

Case Number: CV09-05547 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephanie Johnson
1122 Berkley Ave.
Menlo Park, CA 94025

Dated: March 5, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk