UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE JOHNSON,

      Plaintiff(s),

    v.

EXCLUSIVE MORTGAGE SERVICES, et al.,

      Defendant(s).
_____/

No. C 09-5547 PJH

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

    The complaint in this matter was filed on November 11, 2009 and an initial case management conference was scheduled for March 4, 2010 at 2:00 p.m.  Plaintiff failed to appear at the conference and an order to show cause why the case should not be dismissed for failure to prosecute was issued that same day, scheduling a hearing for March 18, 2010 at 2:00 p.m. and advising plaintiff that the case would be dismissed if she failed to appear at the hearing on the OSC.  Plaintiff was further advised that no proof of service on any defendant had been filed and that the deadline for serving all defendants was March 10, 2010 pursuant to Fed. R. Civ. P. 4(m).

    Plaintiff did not appear at the hearing on the OSC, and no proofs of service have been filed.

    The court having considered the five factors set forth in *Malone v. United States Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987), and having determined that notwithstanding the public policy favoring the disposition of actions on their merits, the court's need to manage its docket and the public interest in the expeditious resolution of the litigation require dismissal of this action.  In view of plaintiff's lack of response to this court's prior order(s), the court finds there is no appropriate less drastic sanction.  Accordingly, this

1 | action is dismissed with prejudice pursuant to Fed. R. Civ. pro. 41(b) for plaintiff's failure to
2 | prosecute. A further basis for dismissal is for failure to serve pursuant to Rule 4(m).

**SO ORDERED.**

Dated: March 18, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge